■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL STATINI, Appellant. [986 NYS2d 624]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Greller, J.), rendered April 16, 2013, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his plea of guilty was invalid

is not preserved for appellate review, since he failed to raise this issue prior to sentencing (*see People v Jackson*, 114 AD3d 807 [2014]; *People v Cantoni*, 112 AD3d 733 [2013]). In any event, the record of the plea proceedings fully demonstrates that the defendant's plea of guilty was knowingly, voluntarily, and intelligently entered (*see People v Ross*, 113 AD3d 877 [2014]; *People v Wolven*, 105 AD3d 782 [2013]).

Contrary to the defendant's contention, he received meaningful representation from counsel throughout the proceedings (*see generally People v Benevento*, 91 NY2d 708 [1998]; *People v Baldi*, 54 NY2d 137 [1981]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. Mastro, J.P., Leventhal, Chambers and Austin, JJ., concur.